```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____          │
│ DATE FILED: 4/23/08     │
└─────────────────────────┘
```

# DAI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1102
Flushing, New York 11354
Telephone: (718) 888-8880
Facsimile: (718) 888-9270

SHANG DAI*
DAWEI GONGSUN*
RICHARD J. MIGLIACCIO*
YUAN ZHENG*
JUN WANG*
*ADMITTED IN NY
‡ADMITTED IN NY & NJ

OF COUNSEL
RICHARD A. ROTH
ELLIOT L. LEWIS
RALPH GERSTEIN
PAUL H. SCHIETROMA
CHARLES H. RUBENSTEIN

April 22, 2008

Philip Decicco, Esq.
14 East 38 Street, 5th Floor
New York, NY 10016

**MEMO ENDORSED**

Re: Angle Chen, Jin Chun Chen, Tokyo, Inc.
vs. Harford Mutual Insurance Co.
Case No.: 08-CV-3080

Dear Mr. Decicco:

Regarding your request for an extension of additional 14 days for the time to answer or otherwise move to the complaint, please note the following:

We have not received the affidavit from our process server regarding the service date. However, we believe that defendant was served within the couple of days. Therefore, defendant should have enough time to answer or otherwise move to the complaint. Given the history of this case, we hope to proceed without further delay.

In the event defendant still wants the 14-day extension, plaintiffs will consent if defendant waives the personal jurisdiction defense.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

Very truly yours,

DAI & ASSOCIATES, P.C.

By: Dawei Gongsun, Esq.

*[Handwritten endorsement:]* Defendant's time to answer or move is unconditionally granted to a date to be set at the May 9 conference which will serve as a premotion conference.

SO ORDERED.
*[signature]*
USDJ
4-23-08