```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANGIE CHEN, et al.

                                      Plaintiff(s),        08 Civ. 3080 (PKC)

        -against-

HARFORD MUTUAL                            ORDER

                                 Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. The parties shall continue to discuss a stipulation transferring the action to the ED Va with defendant not conceding a personal jurisdiction issue and the parties agreeing that all policy defenses are preserved.

2. If no agreement is reached by May 27, the parties shall appear on May 30 as a continuation of the pre-motion conference.

3.

4.

5.

6.  The next conference in this matter will be held on
    May 30 , 200_ at 11:15 a.m.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       5-9-08