AO 458 (Rev. 10/95) Appearance

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

CHEN
   v.
HARFORD

APPEARANCE  James Kachadoorian
             DeCicco, Gibbons
             McNamara P.C.
             14 E. 38 St
             NY, NY 10036

Case Number: 08 CV 3080

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    defendant,

HARFORD Mutual Insurance Co;

I certify that I am admitted to practice in this court.

_5-30-08_____                    _James W. Kachadoorian_____
Date                                     Signature

                                         JAMES W. KACHADOORIAN
                                         Print Name              Bar Number

                                         14 E. 38 Street
                                         Address

                                         NY          NY         10016
                                         City        State      Zip Code

                                         212 447-1222    212 689 0153
                                         Phone Number    Fax Number