```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANGIE CHEW, et al.

                        Plaintiff(s),                08 Civ. 3080 (PKC)

        -against-

HARFORD MUTUAL INSURANCE        ORDER
                        Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. The parties agree that the action should be transferred to the ED Va on the following terms and conditions: (1) defendant waives any objection to personal jurisdiction and venue in ED.Va.; (2) all policy defenses of defendant, including a contractual limitation period, and all statute of limitations defenses are preserved; (3) defendant's time to answer or move is adjourned until 30 days after transfer.

2. Based upon the foregoing, the Clerk is directed to transfer the action to the Eastern District of Virginia.

3.

4.

5.

6.   The next conference in this matter will be held on _____, 200_ at_____.

P. Kevin Castel
United States District Judge

Dated: New York, New York
5-30-08